Elmer Hopkins, Plaintiff-Appellee, v. Kraft Foods Company, a Foreign Corporation, d/b in Illinois, Defendant-Appellant.

Gen. No. 11,768.

Second District, Second Division.

December 13, 1963.

Brian & Wilson, of Toulon, for appellant; Rex Capwell, of Racine, Wisconsin, and Eugene H. Rennick, Jr., of Toulon, for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.